UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tijuana L. Canders

Write the full name of each plaintiff.

____CV__________
(Include case number if one has been assigned)

-against-

David C. Forbes
Raima Forbes
Tracy Forbes

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?
☐ Yes ☒ No

RECEIVED
JAN 20 2023
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Copyright Violations
Spiritual ABUSE
Social ABUSE

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Tijuana L. Cardes is a citizen of the State of
(Plaintiff's name)

New York State
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, David C. Forbes, , is a citizen of the State of
(Defendant's name)

Raima Forbes, Tracy Forbes

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____________________________________.

If the defendant is a corporation:

The defendant, ____________________, is incorporated under the laws of

the State of ____________________

and has its principal place of business in the State of ____________________

or is incorporated under the laws of (foreign state) ____________________

and has its principal place of business in ____________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Tijuana L. Canders

First Name Middle Initial Last Name

4 E. 28TH STreeT

Street Address

Yonkers New York 10701

County, City State Zip Code

Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: David C. FORBES
First Name Last Name

Current Job Title (or other identifying information)

2300 N. Cassady Ave
Current Work Address (or other address where defendant may be served)

Columbus, OHIO 43219
County, City State Zip Code

Defendant 2: Raima FORBES
First Name Last Name

Current Job Title (or other identifying information)

2300 N. Cassady Ave
Current Work Address (or other address where defendant may be served)

Columbus, OHIO 43219
County, City State Zip Code

Defendant 3: TRACY FORBES
First Name Last Name

Current Job Title (or other identifying information)

2300 N. Cassady Ave
Current Work Address (or other address where defendant may be served)

Columbus, OHIO 43219
County, City State Zip Code

Defendant 4:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York, OHiO, Georgia (Electronics, Computers)

Date(s) of occurrence: 3/2020 – Current

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Raina Forbes, David C. Forbes, Tracy Forbes are violators for Copyright Infringement concerning my Childrens Literature book "We See Differently." This violation includes all ~You Are Loved In Christ Trademarks, Podcasts and

Radio Platforms. The Trademark Certificate for "You Are Loved In Christ Platforms including the United States Copyright Certification For the Children's Literature

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental Abuse
Emotional Abuse
Physical Abuse

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Inquiring for the Court to serve Defendants David C. Forbes, Raima Forbes, and Tracy Forbes to bring Criminal Charges and the Fine of 20 Million Dollars for restitution and Damages.

Book, "WE SEE Differently."

The Excel Files for illeGal Email Entry, PublishiG illeGal MarketinG, PublishinG Infringement, and Website Platforms For the businesses Lavender Book Reviews Literacy and ~ You Are Loved In Christ will be PROVIDED UPON REQUESTED evidence entry. The Files are UNDER investigation For Review.

Tijuana L. Canders

Tijuana L. Canders

MS Social Psychologist, Psi Chi

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

1·20·2023 — Tijuana L. Canders

Dated — Plaintiff's Signature

Tijuana — L. — Canders

First Name — Middle Initial — Last Name

4 E. 28TH STREET Manhattan, NY 10016

Street Address

Manhattan, New York — 10016

County, City — State — Zip Code

347·814·5530 — tijuana.canders@waldenu.edu

Telephone Number — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**TXu 2-192-802**

**Effective Date of Registration:**
April 11, 2020

**Registration Decision Date:**
May 05, 2020

## Title

**Title of Work:** We See Differently

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Tijuana L. Canders
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1971

## Copyright Claimant

**Copyright Claimant:** Tijuana L. Canders
111 Landing PT, Stockbridge, GA, 30281, United States

## Certification

**Name:** Tijuana L. Canders
**Date:** April 11, 2020

**Generated on:** This page was generated by TSDR on 2021-12-30 10:59:45 EST

**Mark:** ~ YOU ARE LOVED IN CHRIST

~ You are loved In Christ

**US Serial Number:** 86754173

**Application Filing Date:** Sep. 11, 2015

**US Registration Number:** 5182466

**Registration Date:** Apr. 11, 2017

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Apr. 11, 2017

**Publication Date:**Feb. 09, 2016**Notice of Allowance Date:**Apr. 05, 2016

## Mark Information

**Mark Literal Elements:** ~ YOU ARE LOVED IN CHRIST

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that theÂ registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Promoting public interest and awareness of Christianity

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Sep. 11, 2015

**Use in Commerce:** Sep. 11, 2015

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information