UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIJUANA L. CANDERS, | |
| Plaintiff, | |
| -against- | 23-CV-0532 (LTS) |
| DAVID C. FORBES; RAIMA FORBES; TRACY FORBES, | ORDER OF DISMISSAL |
| Defendants. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this pro se action, invoking the Court's federal question jurisdiction and asserting claims for copyright violations, "spiritual abuse," and "social abuse." (ECF 2, at 2.) The Court dismisses the complaint for the following reasons.

Plaintiff has previously submitted to this court a substantially similar complaint against the same Defendants alleging an identical set of facts. That case is presently pending in this court under docket number 23-CV-0457 (UA). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 23-CV-0457 (UA).

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of No. 23-CV-0457 (UA).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   February 2, 2023
        New York, New York

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                           Chief United States District Judge