UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIJUANA L. CANDERS,<br><br>                     Plaintiff,<br><br>    -against-<br><br>DAVID C. FORBES, ET AL,<br><br>                     Defendants. | 23-CV-532 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 2, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 2, 2023
            New York, New York

                                                                 /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                           Chief United States District Judge